AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

SERVED ON COUNSEL/PARTIES OF RECORD

JUN 27 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 2:18-mj-604-GWF |
| KAWASKI D. MORRIS | ) | |
| | ) Charging District: | Central District of California |
| Defendant | ) Charging District's Case No. | EDCR 13-00126-RGK |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Roybal Federal Building and U.S. Courthouse 255 East Temple Street, Los Angeles, CA 90012 | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 27, 2018

_____
Judge's signature

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*